IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 241

| | |
|---|---|
| **PEGGY HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **NANCY A. BERRYHILL,** ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court on the Motion for an Award of Attorney Fee Under 42 U.S.C. § 406(b) filed by counsel for Plaintiff (Doc.19). Defendant neither supports nor opposes the request. (Doc. 21).

After review and consideration of the Motion and Defendant's response, the Court is of the opinion that the Motion should be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for an Award of Attorney Fee Under 42 U.S.C. § 406(b) (Doc. 19) is **GRANTED**, and counsel for Plaintiff is awarded attorney's fees in the amount of $2,917.75 ("Fee Award").

2. The Fee Award shall be paid from past-due benefits awarded to Plaintiff and shall be delivered by Defendant to Plaintiff's counsel.

Signed: July 1, 2019

W. Carleton Metcalf
United States Magistrate Judge